UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-6807

———————

RODNEY T. ARNOLD,

Petitioner - Appellant,

versus

WILLIAM E. GUNN, Director; SOUTH CAROLINA
DEPARTMENT OF PROBATION, PAROLE AND PARDON
SERVICES; BOARD MEMBERS,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Cameron McGowan Currie, District
Judge.  (CA-96-1625-6-22AK)

———————

Submitted:  October 7, 1997        Decided:  November 12, 1997

———————

Before WILLIAMS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Rodney T. Arnold, Appellant Pro Se.  Carl Norman Lundberg, SOUTH
CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICES, Colum-
bia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. Arnold v. Gunn, No. CA-96-1625-6-22AK (D.S.C. May 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2